1
2
3
4
5
6
7



8
9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Floyd Lee Richardson,<br><br>Defendant. | Case No. EDCR07-133-RT<br><br>ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central Dist. CA___ for alleged violation(s) of the terms and conditions of his/her [probation] [~~supervised release~~]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

The Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on • INSUFFICIENT BAIL RESOURCES, • HISTORY OF SUBSTANCE ABUSE

1

1  • Multiple Personal Identifiers / Use of Aliases
2  • Probation Violation
3  (and)/or
4  B. (✓) The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142 (b) or (c). This
7  finding is based on: • Underlying Revocation Allegation
8  (Firearm Possession)
9  • Extensive Criminal History
10 • Illegal Drug Use
11 • Probation Status
12     IT THEREFORE IS ORDERED that the defendant be detained pending the
13 further revocation proceedings.
14
15 DATED: 10/14/09
16
17
18                                              _____
19                                              DAVID T. BRISTOW
                                                UNITED STATES MAGISTRATE JUDGE